UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUKIKO TAKAMIYA,

       Plaintiff,

  -against-

DNP AMERICA, LLC,
DAI NIPPON PRINTING CO., LTD.,
KEIIHI MIZOGUCHI,
SHIGERU KANAMURA,
KAZUTERU ARAI, and
AKIKO KOBORI,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2016

14-CV-10301 (VEC)

OPINION & ORDER

VALERIE CAPRONI, United States District Judge:

  Plaintiff Yukiko Takamiya, appearing *pro se*, seeks leave of the Court to proceed *in forma pauperis* on appeal. Dkt. 62. For the reasons stated in the Court's opinion granting Defendants' motion to dismiss, Dkt. 57, the Court certifies that any appeal of the Court's decision dismissing Plaintiff's claims would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). Plaintiff's motion for leave to proceed *in forma pauperis* on appeal is DENIED.

  The Clerk of the Court is respectfully directed to terminate docket entry 62. The Clerk of the Court is further requested to mail a copy of this Order to the Plaintiff, and note service on the docket.

**SO ORDERED.**

Date: September 22, 2016
   New York, New York

              **VALERIE CAPRONI**
              **United States District Judge**